JOHN A. BERG, Bar No. 120018
Admitted *Pro Hac Vice*
jberg@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR  97204
Telephone:   503.889.8863
Facsimile:    503.961.8092

LISA K. HORGAN, Bar No. 267632
lhorgan@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
NATIONAL EXPRESS CORPORATION,
DURHAM SCHOOL SERVICES, L.P.,
PETERMANN LTD. and KIRK A. TOSTENRUDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIMMY PERKINS,<br><br>                    Plaintiff,<br><br>     v.<br><br>NATIONAL EXPRESS, a business entity of unknown form; DURHAM SCHOOL SERVICES, a business entity of unknown form; PETERMANN, a business entity of unknown form; KIRK TOSTENRUDE and DOES 1-20,<br><br>                    Defendants. | Case No.  3:14-cv-02347 EMC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT SEPTEMBER 11, 2014 INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER GRANTING REQUEST**<br><br>Date: September 11, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Edward M. Chen<br>Dept: Courtroom 5 - 17th Floor |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

REQUEST    FOR    TELEPHONIC APPEARANCE (NO. 3:14-CV-02347-EMC)

**REQUEST FOR TELEPHONIC APPEARANCE
AT SEPTEMBER 11, 2014, CASE MANAGEMENT
CONFERENCE**

Defendants NATIONAL EXPRESS CORPORATION, DURHAM SCHOOL SERVICES, L.P., PETERMANN LTD. and KIRK A. TOSTENRUDE hereby request pursuant to Local Rule 16-10(a) the Court's permission for JOHN BERG, defense counsel who is admitted *Pro Hac Vice* for this case to appear telephonically at the September 11, 2014 Initial Case Management Conference. Mr. Berg is a shareholder at Littler Mendelson and his office is located in Portland, Oregon. Due to the cost of travel, Defendants would greatly appreciate the Court's permission for Mr. Berg to attend telephonically on this occasion.

If the Court grants this request, Mr. Berg will be available by dedicated landline number (503) 889-8863 and will await the Court's call. Alternatively, Mr. Berg will follow the Court's instructions regarding its preferred method of telephonic appearance.

Dated: September 4, 2014

/s/ Lisa K. Horgan
LISA K. HORGAN
LITTLER MENDELSON, P.C.
Attorneys for Defendants
NATIONAL EXPRESS CORPORATION,
DURHAM SCHOOL SERVICES, L.P.,
PETERMANN LTD. AND KIRK A.
TOSTENRUDE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

REQUEST FOR TELEPHONIC APPEARANCE (NO. 3:14-CV-02347-EMC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT SEPTEMBER 11, 2014, INITIAL CASE MANAGEMENT CONFERENCE**

Defendants NATIONAL EXPRESS CORPORATION, DURHAM SCHOOL SERVICES, L.P., PETERMANN LTD. AND KIRK A. TOSTENRUDE have requested the Court's permission for JOHN BERG, defense counsel, admitted *Pro Hac Vice* for this case, to appear telephonically at the September 11, 2014 Initial Case Management Conference.

IT IS HEREBY ORDERED that, after full consideration of this request, Defendants' request to appear telephonically at the September 11, 2014, Initial Case Management Conference is GRANTED.

The Court hereby orders that Mr. Berg make himself available by dedicated landline at (503) 889-8863 to await the Court's call on September 11, 2014, at 9:30 a.m. Pacific Standard Time. `The Court will call Mr. Berg between 9:30 and 10:30 a.m. PST.`

IT IS SO ORDERED.

Dated: 9/8, 2014



DISTRICT JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Firmwide:128823345.1 076749.1003

REQUEST FOR TELEPHONIC APPEARANCE (NO. 3:14-CV-02347-EMC)

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940