UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL EXPRESS, et al.,<br><br>    Defendants. | Case No. 14-cv-02347 NC<br><br>**ORDER TO STRIKE**<br><br>Re: Dkt. No. 45 |

On February 19, 2015, Perkins' attorney, Arcolina Panto, filed a declaration regarding discovery compliance. This affidavit was filed in response to the Court's February 11 Order, requiring Perkins to produce information and submit evidence that he complied with the Court's January 30 Discovery Order. Dkt. No. 44.

The Court STRIKES paragraphs 1-15 of the Panto affidavit. Dkt. No. 45. These argumentative paragraphs are non-responsive to the February 11 Order. Additionally, Panto did not have leave to file further argument on previous discovery disputes. To the extent Panto is presenting a new dispute, she must follow the meet and confer rules of this Court. Panto may not just file an affidavit making various arguments about discovery.

If defendants wish to challenge Perkins' compliance with this Court's prior order, defendants must file a motion to compel documents related to Perkins' job search (Defense Interrogatory No. 1 and Defense RFP No. 8) and Perkins' income (Defense Interrogatory No. 2 and Defense RFP No. 10) by February 26, 2015. *See* Dkt. No. 40 at 2.

**IT IS SO ORDERED.**

Dated: February 19, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 14-cv-02347 NC