IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY PERKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL EXPRESS, a business entity of unknown form; DURHAM SCHOOL SERVICES, a business entity of unknown form; PETERMANN, a business entity of unknown form; KIRK TOSTENRUDE and DOES 1-20,<br><br>　　　　　Defendants | Case No.  CV 14-02347 NC<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>**DOCUMENTS SUBMITTED UNDER SEAL** |

　　　Plaintiff's Administrative Motion to File Under Seal having been considered by this Court is GRANTED.  This applies only to Exhibit H of Perkins' preliminary injunction motion. Dkt. No. 60.

　　　**IT IS SO ORDERED.**


　　　Dated:　May 8, 2015　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*