# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL EXPRESS, et al.,<br><br>    Defendants. | Case No. 14-cv-02347 NC<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL**<br><br>Re: Dkt. No. 98 |

Defendants' motion to continue, Dkt. No. 98, which was not opposed by plaintiff, is GRANTED for good cause shown. The trial is continued to October 19, 2015, 9:00 a.m., Courtroom D, San Francisco. The pretrial conference is continued to October 7, 2015, 11:00 a.m. in the same courtroom. The dates in the pretrial preparation order, Dkt. No. 96, are adjusted so that the events previously scheduled August 5 are now due September 16, and the events previously scheduled August 12 are now due September 23. Further motions to continue the trial are disfavored. The parties are also ordered to contact the Courtroom Deputy for Magistrate Judge Westmore by July 31 to schedule a settlement conference in the month of August.

IT IS SO ORDERED.

DATED: July 27, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-02347 NC
ORDER CONTINUING TRIAL DATE