UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMY PERKINS,

    Plaintiff,

    v.

NATIONAL EXPRESS, et al.,

    Defendants.

Case No. 14-cv-02347-NC

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 106

On August 17, 2015, Magistrate Judge Westmore reported that this case settled. Dkt. No. 106. By September 16, 2015, plaintiff must either file a notice of dismissal or show cause in writing why the case should not be dismissed for lack of subject matter jurisdiction, in that there no longer appears to be a ripe controversy presented. Until dismissal, the pretrial and trial dates remain as scheduled.

    **IT IS SO ORDERED.**

Dated: September 10, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.: 14-cv-02347-NC