UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMY PERKINS,

   Plaintiff,

  v.

NATIONAL EXPRESS, et al.,

   Defendants.

Case No. 14-cv-02347-NC

**DISMISSAL**

This case settled on August 17, 2015, after a settlement conference with Magistrate Judge Kandis A. Westmore. Dkt. No. 106. In response to the order to show cause, the parties did not identify a present case or controversy, other than an opaque reference to a question of expert costs. Because there is no controversy to present at trial, the case is dismissed with prejudice. The Court retains jurisdiction in order to enforce the terms of the settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994). The clerk is asked to close this file.

**IT IS SO ORDERED.**

Dated: September 25, 2015

             _____
             NATHANAEL M. COUSINS
             United States Magistrate Judge

Case No. 14-cv-02347-NC